Jack Atnip III, Esq., CA Bar No.: 204457
jatnip@hjlawfirm.com
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
Attorney for Defendant The Buckle

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE BUCKLE, INC., a Nebraska Corporation, DEVINE CORPORATION, a California Corporation, YE-EUN, INC., a California Corporation, KRAZY KAT SPORTSWEAR, LLC, a New Jersey Limited Liability Company, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-06106-AB-AGP<br><br>**(PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. 43) entered into by, between and among Plaintiff Star Fabrics, Inc., and Defendant The Buckle, Inc., it is hereby Ordered:

1. The parties' Stipulation of Dismissal with Prejudice is hereby approved in all respects.

-1-

**ORDER FOR DISMISSAL WITH PREJUDICE**

2. All of the claims by, between and among Plaintiff Star Fabrics, Inc. and Defendant The Buckle, Inc. are hereby dismissed with prejudice and without an award of costs, disbursements or attorneys' fees to any of these parties.

**SO ORDERED.**

**BY THE COURT:**

Dated: May 31, 2017

_____
HON. ANDRÉ BIROTTE JR.
Judge of District Court