UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Star Fabrics, Inc.<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Buckle, Inc. et al<br><br>　　　　Defendants. | Case No. CV 16-06106-AB (AGRx)<br><br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE AS TO DEFENDANT YE-EUN, INC.<br><br>(PURSUANT TO LOCAL RULE 41) |

On June 5, 2017, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution as to Defendant Ye-Eun, Inc., only. A written response to the Order to Show Cause was ordered to be filed no later than June 21, 2017. No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: June 23, 2017　　　　　_____
　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1.